IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH W. MCCLAIN, JR., | : | |
| Plaintiff | : | |
| vs. | : | CIVIL NO. 1:CV-10-1517 |
| CORBETT, et al., | : | |
| Defendants | : | |

*O R D E R*

AND NOW, this 15th day of March, 2011, upon consideration of the report (doc. 12) of the magistrate judge, filed February 16, 2011, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report (doc. 12) is adopted.

    2. This action is dismissed under 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

    3. The Clerk of Court shall close this file.

                                           /s/William W. Caldwell
                                           William W. Caldwell
                                           United States District Judge